```
RICHARD M. WILLIAMS (SBN 068032)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone:    (408) 287-6262
Facsimile:    (408) 918-4501
Email: rwilliams@rmkb.com

Attorney for Defendants
CITY OF OAKLAND; OAKLAND POLICE
OFFICER SERGEANT LEWIS; OAKLAND
POLICE OFFICER MORSE; OAKLAND POLICE
OFFICER TIRAPELLI
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO, AND DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a public entity, et al.,<br><br>Defendants. | CASE NO. 3:09-CV-02955 MHP (EMC)<br><br>**NOTICE OF CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER THEREON** |

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendant City of Oakland hereby substitutes the following firm and attorney into this action as its counsel of record:

```
        Richard M. Williams (SBN 068032)
        Gray Duffy, LLP
        702 Marshall Street, Suite 600
        Redwood City, CA 94063
        Telephone:    (650) 365-7343
        Facsimile:    (650) 365-6225
        Email:        rwilliams@grayduffylaw.com
```

This substitution accompanies Mr. Williams' change of law firms from Ropers Majeski Kohn & Bentley to the law firm of Gray Duffy, LLP.

///

RC1/5732725.1/SM11

NOTICE OF DEFT CITY OF OAKLAND
SUBSTITUTION OF COUNSEL AND [PROPOSED]
ORDER - 3:09-CV-02955 MHP (EMC)

Therefore, PLEASE TAKE FURTHER NOTICE that the firm and attorney listed above are substituted into this action in place of the following firm and attorney: Ropers Majeski Kohn & Bentley, including Richard M. Williams of Ropers Majeski Kohn & Bentley, 50 West San Fernando Street, Suite 1400, San Jose, California 94111, Telephone (408) 287-6262 (Richard M. Williams is no longer with Ropers Majeski Kohn & Bentley).

Notices, pleadings, orders, rulings, and any other documents required to be served in this action should henceforth be directed to Richard M. Williams at Gray Duffy, LLP.

Consent to this substitution is provided below by an authorized representative of the City of Oakland, and of each of the law firms involved.

I consent to the above substitution of counsel.

Dated: November 8, 2010                           CITY OF OAKLAND

                                                  By: /s/ Arlene Rosen
                                                  ARLENE ROSEN, ESQ.
                                                  Sr. Deputy City Attorney

I consent to the above substitution of counsel.

Dated: November 15, 2010                          GRAY DUFFY LLP

                                                  By: /s/ Richard M. Williams
                                                  RICHARD M. WILLIAMS
                                                  Attorney for Defendants


I consent to the above substitution of counsel.

Dated: November 24, 2010                          ROPERS, MAJESKI, KOHN & BENTLEY

                                                  By: /s/ Richard K. Wilson
                                                  RICHARD K. WILSON

1  I consent to the above substitution of counsel.

2  Dated: December ___, 2010

3  JANUARY 10TH 2011

   _____
4  SERGEANT ERIC LEWIS
   Defendant

5

6  I consent to the above substitution of counsel.

7  Dated: December ___, 2010

8  _____
   OFFICER MICHAEL MORSE
9  Defendant

10  I consent to the above substitution of counsel.

11  Dated: December ___, 2010

12
   _____
13  OFFICER DANIEL TIRAPELLI
    Defendant

I consent to the above substitution of counsel.

Dated: December ___, 2010

_____
SERGEANT ERIC LEWIS
Defendant

I consent to the above substitution of counsel.

Dated: December 2̲4̲, 2010

_____
OFFICER MICHAEL MORSE
Defendant

I consent to the above substitution of counsel.

Dated: December ___, 2010

_____
OFFICER DANIEL TIRAPELLI
Defendant

I consent to the above substitution of counsel.

Dated: December ___, 2010

_____
SERGEANT ERIC LEWIS
Defendant

I consent to the above substitution of counsel.

Dated: December ___, 2010

_____
OFFICER MICHAEL MORSE
Defendant

I consent to the above substitution of counsel.

Dated: December 22, 2010

_____
OFFICER DANIEL TIRAPELLI
Defendant

-3-
NTC OF DEFENDANT CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER - C 09-02955 MHP (EMC)

## ORDER

Pursuant to the stipulations and consents above,

IT IS SO ORDERED,

Gray Duffy, LLP is substituted in as counsel of record for City of Oakland in this action in place of Ropers Majeski Kohn & Bentley.

Dated: 1/19/2011



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

RC1/5732725.1/SM11

−4−

NOTICE OF DEFT CITY OF OAKLAND SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER - 3:09-CV-02955 MHP (EMC)